Nathaniel L. Dilger (SBN 196203)
ndilger@onellp.com
Peter R. Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2780
Facsimile: (949) 258-5081

Attorneys for Plaintiff
KNOLLY BIKES INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLLY BIKES INC., a Canadian limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INTENSE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 5:20-cv-02571-MCS (SHKx)<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>The Hon. Mark C. Scarsi<br>United States District Judge |

**STIPULATED DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Knolly Bikes Inc. ("Plaintiff") and Defendant Intense, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate to the dismissal of all remaining claims and counterclaims in this action.  Each side will bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: May 11, 2021                          **ONE LLP**

By:  /s/ Nathaniel L. Dilger
     Nathaniel L. Dilger
     Peter R. Afrasiabi

Attorneys for Plaintiff
KNOLLY BIKES INC.

Dated: May 11, 2021                          **RUTAN & TUCKER, LLP**

By:  /s/ Ronald P. Oines
     Ronald P. Oines

Attorneys for Defendant
INTENSE, LLC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer attests on the signature page of this document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 11, 2021                          By:  /s/ Nathaniel L. Dilger
                                                  Nathaniel L. Dilger